**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 09-CR-00425-WYD**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. DENDELL JAMES WHITEMAN,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Upon the Court's request and with the approval of counsel;

**IT IS HEREBY ORDERED** that the bond review hearing set for January 11, 2010 at 9:00 a.m. before the Magistrate Judge in Durango, Colorado is **VACATED**.

**IT IS FURTHER ORDERED** that the bond review hearing is **RESCHEDULED** for January 8, 2010 at 9:30 a.m. before the Magistrate Judge in Durango, Colorado and Defendant's bond is continued to that date and time.

**DATED: January 5, 2010.**

                                        **BY THE COURT:**

                                        **s/David L. West**
                                        **United States Magistrate Judge**