**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 09-CR-00425-WYD**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. DENDELL JAMES WHITEMAN,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Pretrial Services Officer has requested additional time to seek additional treatment for the Defendant at Peaceful Spirits Facility in Ignacio, Colorado. Counsel for the Government and the Defendant have no objection, therefore:

**IT IS HEREBY ORDERED** that the bond review hearing previously scheduled before the Magistrate Judge in Durango, Colorado on January 8, 2010 at 9:30 a.m. is **VACATED** and **RESCHEDULED** to January 12, 2010 at 2:30 p.m.

**DATED: January 7, 2010.**

**BY THE COURT:**

**s/David L. West
United States Magistrate Judge**