**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  09-CR-00425-WYD**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. DENDELL JAMES WHITEMAN,**

**Defendant.**

## ORDER MODIFYING CONDITIONS OF BOND

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Magistrate Judge received a verbal Order of Reference from Judge Wiley Daniel on January 12, 2010 regarding modification of the Defendant's bond, therefore;

**IT IS HEREBY ORDERED** that the Defendant's bond is modified as follows:

1. The Defendant shall continue his inpatient treatment program at Peaceful Spirit Facility in Ignacio until picked up by his mother, Beverly House, on February 2, 2010 to travel to Denver for his Change of Plea Hearing on February 3, 2010 at 4:00 p.m.

2. Upon acceptance of the Defendant at Hilltop House, Southwest Colorado Community Corrections Facility, the Defendant shall report to that facility before 5:00 p.m. on February 4, 2010.

3. The Defendant shall reside at Hilltop House and abide by all of the Rules and Regulations of the facility.

4. The Defendant shall participate in outpatient drug and alcohol counseling as recommended by Peaceful Spirit and Pretrial Services Officer, Erika Coster, and shall not use or possess any alcohol, narcotic drug or controlled substance while on bond.

5. The Defendant shall attend classes to obtain his G.E.D. and obtain employment as deemed necessary by the Pretrial Services Officer and/or Hilltop House.

6. All other terms and conditions of bond previously ordered shall remain in full force and effect.

**DATED: January 13, 2010.**

                          **BY THE COURT:**

                          **s/David L. West**
                          **United States Magistrate Judge**