**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | April 29, 2010 | Probation: | Lisa Pence |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No: **09-cr-00425-WYD**                Counsel:

UNITED STATES OF AMERICA,                          Todd P. Norvell

       Plaintiff,

v.

**2. DENDELL JAMES WHITEMAN**,                    William L. Herringer

       Defendant.

## SENTENCING

| | |
|---|---|
| **4:13 p.m.** | Court in Session - Defendant present (on-bond) |

               **Change of Plea Hearing - Wednesday, February 3, 2010, at 4:00 p.m.
Plea of Guilty - count two of Indictment**

               APPEARANCES OF COUNSEL.

               Court's opening remarks.

| | |
|---|---|
| 4:14 p.m. | Statement and argument on behalf of Government (Mr. Norvell). |
| 4:15 p.m. | Statement and argument on behalf of Defendant (Mr. Herringer). |
| 4:16 p.m. | Statement on behalf of Probation (Ms. Pence). |
| 4:17 p.m. | Statement and argument on behalf of Defendant (Mr. Herringer). |
| 4:20 p.m. | Statement and argument on behalf of Government (Mr. Norvell). |

| | |
|---|---|
| 4:24 p.m. | Statement and argument on behalf of Defendant (Mr. Herringer). |
| 4:26 p.m. | Statement by Defendant on his own behalf (Mr. Whiteman). |
| 4:34 p.m. | Statement and argument on behalf of Defendant (Mr. Herringer). |
| 4:50 p.m. | Statement and argument on behalf of Government (Mr. Norvell). |
| 4:51 p.m. | Statement on behalf of Probation (Ms. Pence). |
| 4:51 p.m. | Statement and argument on behalf of Government (Mr. Norvell). |

Court makes findings.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [doc. #76], filed April 26, 2010, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant's Motion for Non-Guideline Sentence or Sentence Below Advisory Guideline [doc. #63], filed April 12, 2010, is **DENIED.**

**ORDERED:** Defendant be **imprisoned** for **33** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

| | |
|---|---|
| (X) | If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment. |
| (X) | The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance. |
| (X) | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |
| **ORDERED:** | **Special Condition(s)** of **Supervised Release** are: |
| (X) | Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation. |
| (X) | The defendant shall participate in, and successfully complete, an anger management course. |
| (X) | The defendant shall reside in a community corrections center for a period not to exceed **180** days to commence upon release from confinement and shall observe the rules of that facility. |
| (X) | If medically able, the defendant will ingest Antabuse and pay any associated costs at the direction of the probation officer. If not medically able to ingest Antabuse, the defendant will submit to any form of alcohol testing/monitoring deemed appropriate and necessary by the probation officer. |
| **ORDERED:** | The determination of restitution is deferred until it is determined if the victim files a victim impact statement and whether it's filed in a timely manner. |
| **ORDERED:** | Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately. |
| **ORDERED:** | **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision. |
| **ORDERED:** | Defendant may surrender voluntarily as follows: **Report to the designated institution on or before Monday, June 14, 2010, at 12:00 noon.** |

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Government's Motion to Dismiss Count One of the Indictment [doc. #75], filed April 26, 2010, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

Court's closing remarks to Mr. Whiteman.

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**: **BOND CONTINUED.**

**5:07 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:54**